IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA      *

vs.                           *       Case No.  22-mj-03247-MJM-1

Christopher K. Kamon          *

                              *

                           ******

**ORDER OF TEMPORARY DETENTION PENDING HEARING
PURSUANT TO BAIL REFORM ACT**

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for _____November 10, 2022_____ (date) at __11:30am__ (time) before The Honorable Judge  Matthew J. Maddox , United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom ___7B___.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (___Defendant to be held at CDF___) (Other Custodial Official) and produced for the hearing.

November 7, 2022
Date

Matthew J. Maddox
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Order Temp. Detention